**Entered on Docket**
**January 14, 2011**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Christopher Alliotts, Esq. (CSB #161302)
Law Offices of Christopher Alliotts, Inc.
60 West Alisal Street, Suite 10
Salinas, CA 93901
(831) 753-2200 Telephone
(831) 753-2211 Facsimile
Info@DebtFreeMonterey.com

Counsel for the Debtor

**The following constitutes**
**the order of the court. Signed January 14, 2011**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 09-57076 CN |
| ) | Chapter 13 |
| CORPUZ, ANDREW CHARLES ) | |
| ) | Date: January 10, 2011 |
| Debtors ) | Time: 3:30 p.m. |
| ) | Place: 280 South First Street, Third Floor |
| ) | San Jose, CA |
| _____ ) | Judge: Hon. Charles Novack |

**ORDER GRANTING MOTION TO AVOID LIEN**

On January 10, 2011, the Court held a hearing on the motion by Andre Charles Corpus (the "Debtor"), the debtor in the above-captioned Chapter 13 case, to avoid the lien held by Deutsche Bank Trust Company Americas, Trustee for RALI 2006QS12, GMAC Mortgage LLC, (referred to herein as the "Junior Lienholder"), who holds a second lien against the real property commonly known as 18609 Eisenhower Street, Salinas, CA 93906 (the "Property") and more fully described on Exhibit A hereto, and which lien was recorded in the County of Monterey on or about May 3, 2006.

Christopher Alliotts, Esq. of the Law Offices of Christopher Alliotts, Inc. appeared on behalf of the Debtor; no appearance was made on behalf of the Junior Lienholder.

The Court finds that notice of the motion was proper. Upon due consideration of the pleadings submitted and argument of counsel, the Court HEREBY ORDERS AS FOLLOWS:

1

1. For purposes of the Debtor's Chapter 13 plan only, the lien is valued at zero, the Junior Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.
2. This Order shall become part of the Debtor's confirmed Chapter 13 plan.
3. Upon entry of a discharge or completion of plan payments in the Debtor's Chapter 13 case, the lien shall be voided for all purposes, and upon application by the Debtor, the Court will enter an appropriate form of judgment voiding the lien.
4. If the Debtor's Chapter 13 case is dismissed or converted to one under another chapter before the Debtor obtains a discharge or completes plan payments, this Order shall cease to be effective and the lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the Junior Lienholder, the Court will enter an appropriate form of order restoring the lien.
5. Except as provided by separate, subsequent order of this Court, the lien may not be enforced so long as this Order remains in effect.

* * * END OF ORDER * * *

# EXHIBIT A

Real property in the City of Salinas, County of Monterey, State of California , described as follows:

LOT NUMBERED 32, IN BLOCK NUMBERED 2 AS SAID LOT AND BLOCK ARE SHOWN ON THAT CERTAIN MAP ENTITLED MAP OF "TRACT NO. 776, UNIT NO. 6, NORTHRIDGE ESTATES", FILED FOR RECORD FEBRUARY 26, 1976 IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF MONTEREY, STATE OF CALIFORNIA IN VOLUME 13 OF MAPS, "CITIES AND TOWNS", AT PAGE 17.

EXCEPTING THEREFROM ALL MINERALS, COALS, OILS, PETROLEUM, GAS AND KINDRED SUBSTANCES UNDER AND IN SAID LAND, BUT WITHOUT THE RIGHT OF ENTRY OF THE SURFACE THEREOF, BUT WITH THE RIGHT HOWEVER TO DRILL IN THROUGH OR UNDER SAID LAND OR TO EXPLORE, DEVELOP, OR TAKE ALL MINERALS, COAL, OILS, PETROLEUM, GAS AND OTHER KINDRED SUBSTANCES IN AND FROM SAID LAND, ALL SUCH OPERATIONS TO BE CONDUCTED ONLY BELOW A DEPTH OF FIVE HUNDRED FEET BELOW THE SURFACE THEREOF, AND ALSO EXCEPTING ALL ADJACENT DEDICATED STREETS AND GREENBELT AREAS, AS EXCEPTED IN THE DEED FROM KELSWAN, INC., A CALIFORNIA CORPORATION, RECORDED FEBRUARY 15, 1977, IN REEL 1120, PAGE 197, OFFICIAL RECORDS.

**APN: 253-282-021-000**

**SERVICE LIST**

In re: CORPUZ, ANDREW CHARLES
Case No. 09-57076 CN

Devin Derham-Burk
Chapter 13 Trustee
P.O. Box 50013
San Jose, CA  95150

Christopher Alliotts, Esq.
Law Offices of Christopher Alliotts, Inc.
60 West Alisal Street, Suite 10
Salinas, CA  93901

DEUTSCHE BANK TRUST COMPANY AMERICAS
President or Chief Executive Officer
60 Wall Street
New York, New York 10005
County of New York

GMAC Mortgage, LLC
c/o: Jonathan J. Damen
Routh Crabtree Olsen, PS
505 N. Tustin Ave., Suite 243
Santa Ana, CA 92705

DEUTSCHE BANK TRUST COMPANY AMERICA
TRUSTEE FOR RALI 2006QS12, GMAC MORTGAGE LLC
c/o: Katherine L. Johnson
Pite Duncan LLP
4375 Jutland Dr. #200
San Diego, CA 92117

President or Chief Executive Officer
CSC - LAWYERS INCORPORATING SERVICE
2730 Gateway Oaks Dr. Suite 100
Sacramento, CA 95833

President or Chief Executive Officer
CAPMARK BANK (FDIC)
6955 Union Park Center, Suite 330
Midvale, Utah 84047

4